USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT WEEKES,

                      Plaintiff,

        - against -

GREEN SPROUTS, INC.,

                      Defendant.
-----------------------------------------------------------------X

22-CV-980 (LJL) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       On April 6, 2022, Plaintiff notified the Court that the case had been settled. (Dkt. 14.) On April 7, 2022, the Court entered an order requesting the parties to file a stipulation of dismissal by May 7, 2022. (Dkt. 15.) The parties have not since filed any stipulation. Accordingly, the Plaintiff shall file a status update by May 23, 2022.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated:   May 18, 2022
              New York, New York